# MEMORANDA

## OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 5,997.—STATE EX REL. JOHN LEE, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control directed to the District Court of the Tenth Judicial District in and for the County of Fergus, and G. J. Jeffries, Judge presiding, to review the propriety of entering judgment in a cause entitled *E. F. Cobb et al.* v. *John Lee et al.*

Decided July 12, 1926.

PER CURIAM.—Relator's application for writ of supervisory control is denied.

*Mr. Ralph J. Anderson,* for Relator.